THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-278-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEMAHAGARI RUBIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to continue the pretrial motions deadline and trial (Dkt. No. 17). The Court concludes that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, the Court GRANTS the motion. The Court ORDERS that the period of time from the date of this Order until the new trial date shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The pretrial motions deadline is now January 20, 2017, and the trial date is now February 27, 2017.

///

///

DATED this 17th day of November 2016.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk