THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0278-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEMAHAGARI RUBIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. All trial briefs, proposed voir dire, proposed jury instructions, proposed verdict forms, and motions in limine the parties want the Court to consider before trial are due on or before Friday, February 17, 2017. All responses to the pretrial filings listed above are due on or before Wednesday, February 22, 2017.

DATED this 25th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, CR16-0278-JCC
PAGE - 1