THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-0278-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEMAHAGARI RUBIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to continue sentencing. (Dkt. No. 49). There are alleged presentence release violations that the parties wish to resolve prior to sentencing. (*Id*. at 2.) Finding good cause, the Court GRANTS the parties' motion to continue sentencing. The sentencing scheduled for December 11, 2017 is VACATED. Sentencing will take place on March 13, 2018 at 9:00 a.m.

DATED this 1st day of December 2017.

          William M. McCool
          Clerk of Court

          s/Tomas Hernandez
          Deputy Clerk

MINUTE ORDER CR16-0278-JCC
PAGE - 1