THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0278-JCC |
| Plaintiff, | ORDER |
| v. | |
| TEMAHAGARI RUBIN, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated protective order (Dkt. No. 57). Plaintiff United States of America, Defendant Temahagari Rubin, and non-party Seattle Police Department ("SPD") have stipulated to the entry of a protective order regarding the use and distribution of records to be produced in response to the defendant's two subpoenas *duces tecum* directed to SPD, received on November 29, 2017 and December 5, 2017, respectively (the "Records"). Pursuant to the parties' stipulation, the Court ORDERS the following:

1) The purpose of this stipulation and agreed protective order is to expedite the requested Records to the Defense, while eliminating the burden that would be placed on SPD to comprehensively review and, where necessary, redact confidential information from the Records were the protective order not in place. Such redactions would be required by operation of law.
2) "Confidential information" is defined as dates of birth, telephone numbers, social security numbers, driver's license numbers, financial information, medical information,

WACIC/NCIC records, identifying information for juveniles, jail records, jail booking photographs, and employee identification numbers.

3) The Records shall not be used for any purpose other than in support of the prosecution/defense of the defendant in the above-entitled case. Counsel shall not disclose or permit the disclosure of any confidential information (as defined in Paragraph 2) to the defendant or any other person or entity except for the Court and its personnel, to the extent necessary. Should counsel provide copies of the Records to the defendant, counsel must first redact the confidential information contained therein.

4) To the extent that counsel must provide the unredacted records to an expert, consultant, investigator, or another professional tasked with assisting the defense and/or prosecution of the defendant, counsel shall provide that individual or entity with a copy of this protective order and require execution of the certification contained in Attachment A, acknowledgment of understanding and agreement to be bound. The original executed acknowledgment of understanding and agreement to be bound shall be retained in counsel's file.

5) Should the Records be entered into evidence or publicly filed, they must have all confidential information redacted absent a court order.

6) When a final disposition in the above-entitled case has been reached in the trial court or when all appeals have been exhausted, other than the evidence retained by the investigating law enforcement agency, the Records shall be returned to SPD or destroyed within 30 days following final disposition of the trial or appellate court, unless otherwise agreed to by the parties and approved by the Court.

7) Any violation of any term or condition of this order may constitute contempt and may subject the party to monetary damages or other sanctions as deemed appropriate by the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

//

//

//

ORDER
CR16-0278-JCC
PAGE - 2

1       DATED this 27th day of December 2017.

A
John C. Coughenour
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Western District of Washington on [_____] in the case of USA v. Temahagari Rubin, #16-cr-00278-JCC. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Western District of Washington for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____