THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0278-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEMAHAGARI RUBIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to unseal (Dkt. No. 69). Based on the Government's motion, the Court concludes that there is no longer a reason for the Government's ex parte motion for GPS records (Dkt. No. 66) and this Court's ex parte Order granting that motion (Dkt. No. 67) to remain sealed. The Court DIRECTS the Clerk to UNSEAL Docket Number 66 and Docket Number 67.

DATED this 12th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR16-0278-JCC
PAGE - 1