THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEMAHAGARI RUBIN,<br><br>Defendant. | CASE NO. CR16-0278-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue sentencing (Dkt. No. 71). Defendant is pending trial in a separate criminal matter before this court. *United States v. Temahagari Rubin*, No. CR18-0005-JCC. Finding good cause, Defendant's motion to continue sentencing (Dkt. No. 71) is GRANTED. Sentencing in this matter is continued to August 14, 2018 at 9:00 a.m.

DATED this 21st day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE