UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0278-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEMAHAGARI RUBIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to unseal (Dkt. No. 75). Based on the Government's motion, the Court concludes that there is no longer a reason for the Government's *ex parte* motion for GPS records (Dkt. No. 73) and this Court's *ex parte* Order granting that motion (Dkt. No. 74) to remain sealed. The Court DIRECTS the Clerk to UNSEAL Docket Number 73 and Docket Number 74.

DATED this 2nd day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk