UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0278-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TEMAHAGARI RUBIN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to 18 U.S.C. section 4241 and 4247(b), the Court ordered Mr. Rubin committed to the custody of the Attorney General on August 13, 2018 for a period not to exceed 30 days for purposes of a competency examination. (Dkt. No. 83 at 2.) The Court understands that Mr. Rubin was not designated to FDC SeaTac for the ordered examination until August 22, 2018. (Dkt. No. 84.) In accordance with 18 U.S.C. section 4247(b), the Court EXTENDS the commitment period by fifteen days.

DATED this 28th day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
